IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Kenda Sue Porter,

Plaintiff,

vs.

Church of Jesus Christ of Latter-Day Saints, et al.,

Defendants.

No. CV-25-01220-PHX-SPL

**ORDER**

Before the Court is Plaintiff's Motion for Reconsideration (Doc. 15), which seeks reconsideration of the Court's July 17, 2025 Order (Doc. 13) dismissing this case with prejudice. The Motion for Reconsideration was filed on August 14, 2025, 28 days after this Court's Order was entered. Local Rule of Civil Procedure ("LRCiv") 7.2(g)(2) provides that "[a]bsent good cause shown, any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." Plaintiff failed to bring her Motion for Reconsideration within 14 days of the Court's Order it seeks to reconsider, and she has not shown good cause for her untimely filing. Additionally, Plaintiff's Motion does not establish "manifest error" or present "new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence" that would change the Court's ruling. *See* LRCiv 7.2(g)(1).

Accordingly,

///

///

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 15) is **denied**.

Dated this 15th day of August, 2025.

Honorable Steven P. Logan
United States District Judge